# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIETCH FINANCIAL, LLC,

         Plaintiff,

vs.

JERRY GUTZMER and LARA WILLIAMS,

         Defendants.

Case No. 2:16-cv-02392-RFB-GWF

**ORDER OF RECUSAL**

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 18th day of November, 2016.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE