**ANDERW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Plaintiff
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>JERRY GUTZMER; LARA WILLIAMS,<br><br>Defendants. | Case No.: 2:16-cv-02392-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS JERRY GUTZMER AND LARA WILLIAMS** |

Plaintiff DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC ("Plaintiff") and Defendants JERRY GUTZMER and LARA WILLIAMS, by and through their respective counsel of record, hereby stipulate to dismiss with prejudice Plaintiff's Complaint against Defendants JERRY GUTZMER and LARA WILLIAMS. Each party shall bear their own fees and costs.

///
///
///
///
///
///
///
///

1

3426620.1

There are no other parties to this action and no other remaining claims in this action.

**IT IS SO STIPULATED**.

DATED: August 20, 2019     WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Plaintiff*
*DITECH FINANCIAL LLC*

DATED: August 20, 2019     GHIDOTTI BERGER

By: */s/ Allison Schmidt*
ALLISON SCHMIDT, ESQ.
Nevada Bar No. 10743
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

Attorneys for Defendants
JERRY GUTZMER and LARA WILLIAMS

**ORDER**

For good cause, the Court hereby grants the parties' stipulation to dismiss Defendants JERRY GUTZMER and LARA WILLIAMS with prejudice from Plaintiff's Complaint. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED this 26th day of August, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3426620.1

# CERTIFICATE OF SERVICE

On August 20, 2019, I served the **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS JERRY GUTZMER AND LARA WILLIAMS** by the following means to the persons as listed below:

  X   a. ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Luis A. Ayon, Esq.            laa@ayonlaw.com
Allison R. Schmidt, Esq.      aschmidt@ghidottiberger.com
Attorneys for Defendants

  ___   b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Luis A. Ayon, Esq.
Allison R. Schmidt, Esq.
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, NV 89148
Attorneys for Defendants

By: */s/Jamie Soquena*
    Jamie Soquena, An employee of
    Wolfe & Wyman LLP

3426620.1